JAMES E. SELL, ESQ. (SBN 135935)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:   (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Plaintiff
LANDING WAY DEPOT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANDING WAY DEPOT, INC.;
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Plaintiff(s),

vs.

ON SITE MARINE LLC; DE JONG &
LEBET, INC.,

    Defendant(s).

Case No.: CV 08 1537

**PLAINTIFF LANDING WAY DEPOT, INC.'S CERTIFICATION OF INTERESTED ENTITIES**

    Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the named parties, there is no such interest to report.

DATED:    March 18, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By _____
James E. Sell, Esq.
Attorneys for LANDING WAY DEPOT, INC.

\\SFDATA\CONVERSION\0738-0047\P\174024.DOC

1

PLAINTIFF LANDING WAY DEPOT, INC.'S CERTIFICATION OF INTERESTED ENTITIES