1  Marilyn Raia, SBN 072320
   E-mail: marilyn.raia@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for St. Paul Fire and Marine
   Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ON SITE MARINE LLC; DE JONG & LEBET, INC., <br><br> Defendants. | Case No.: 08 1537 <br><br> **CERTIFICATION OF INTERESTED ENTITIES** |

Pursuant to Local Rule 3.16, plaintiff St. Paul Fire and Marine Insurance Company certifies that it is a wholly owned subsidiary of The Travelers Companies, Inc. which may have a financial interest in the matter.

DATED: March 18, 2008

BULLIVANT HOUSER BAILEY PC

By  *Marilyn Raia*
    Marilyn Raia

Attorneys for St. Paul Fire and Marine Insurance Company

10473127.1

– 1 –