AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| Landing Way Depot, Inc. et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| On Site Marine LLC, et al. | ) |
| Defendant | ) |

CV 08 1537

## Summons in a Civil Action

CRB

To: On Site Marine LLC; De Jong & Lebet, Inc.
  (Defendant's name)

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 2 0 2008

Richard W. Wieking
Name of clerk of court

HELEN L. ALMACEN
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **MIKE DISMER**
by:

    (1) personally delivering a copy of each to the individual at this place, **6600 Grand Av**_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: **4-1-08**

**Al McLeroy**
Server's signature

**Al McLeroy, Process Server**
Printed name and title

**P.O. Box 5052, Ft Smith, AR 72913**
Server's address