AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Landing Way Depot, Inc., et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No.  CV 08 1537 CRB |
| On Site Marine LLC, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   On Site Marine LLC; De Jong & Lebet, Inc.
       *(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James E. Sell, Esq.  
Lynch, Gilardi & Grummer  
475 Sansome Street, Suite 1800  
San Francisco, CA 94111

Marilyn Raia, Esq.  
Bullivant, Houser, Bailey, PC  
601 California Street, Suite 1800  
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   APR 0 9 2008

Brenda Tolbert
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

Civil Cover Sheet, Plaintiff Landing Way Depot, Inc.'s Certification of Interested Entity; Certification of Interested Entity; Notice of Availability of Magistrate Judge to exercise jurisdiction; ECF Registration Info Handout/Court Info; Order Setting CMC & ADR guidelines

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address