AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Landing Way Depot, Inc., et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.   CV 08 1537 CRB |
| On Site Marine LLC, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To:    On Site Marine LLC; De Jong & Lebet, Inc.

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James E. Sell, Esq.                              Marilyn Raia, Esq.
Lynch, Gilardi & Grummer                 Bullivant, Houser, Bailey, PC
475 Sansome Street, Suite 1800        601 California Street, Suite 1800
San Francisco, CA 94111                   San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:    APR 0 9 2008

Brenda Tolbert
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

Civil Cover Sheet, Plaintiff Landing Way Depot, Inc.'s Certification of Interested Entity;
Certification of Interested Entity; Notice of Availability of Magistrate Judge to exercise
jurisdiction; ECF Registration Info Handout/Court Info; Order Setting CMC & ADR guidelines

I declare under penalty of perjury that I served the summons and complaint in this case on _4-14-08 @ 1:45 PM_
by:

    _Mike Dismer, On-Site Marine LLC_
             ^_President_

(1) personally delivering a copy of each to the individual at this place, _6600 Grand_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____.

Date: _4-14-08_____

                                _Al McLeroy_
                                Server's signature

                                _Al McLeroy, Process Server_
                                Printed name and title

                                _P.O. Box 5052 Ft Smith, AR 72913_
                                Server's address