1  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
2  STEPHEN M. LERNER (SBN 176688)
   JAMIE M. ERRECART (SBN 214925)
3  555 Capitol Mall, 9th Floor
   Sacramento, CA 95814
4  Phone: 916.444.3900
   Fax:   916.444.8334
5
   *Attorneys for Defendant,*
6  *De Jong & Lebet, Inc.*

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 LANDING WAY DEPOT, INC.,            ) CASE NO.:   CV 08-1537 CRB
   ST. PAUL FIRE AND MARINE            )
13 INSURANCE COMPANY,                  )
                                       )
14            Plaintiffs,              ) STIPULATION
                                       )
15 vs.                                 )
                                       )
16 ON SITE MARINE LLC, and             )
   DE JONG AND LEBET, INC.             )
17                                     )
              Defendants.              )
18                                     )

19       **STIPULATION ON EXTENSION OF TIME TO RESPOND TO COMPLAINT**

20       Pursuant to Local Rule 6-1(a), Local Rules of the United States District Court for the

21 Northern of California, Plaintiffs, Landing Way Depot, Inc., and St. Paul Fire and Marine Insurance

22 Company, and Defendant, De Jong and Lebet, Inc., stipulate to the extension of time in which

23 Defendant may file a response to Plaintiffs' Complaint in the above-styled matter. Per the parties'

24 stipulation, Defendant De Jong and Lebet, Inc. will file a response to Plaintiffs' Complaint on or

25 before May 15, 2008.

26

27

28

                                       1

| | | |
|---|---|---|
| 1 | Lynch, Gilardi & Grummer PC | McDonough Holland & Allen PC |
| 2 | */s/ James Sell/* | */s/ Stephen Lerner/* |
| 3 | James Egan Sell, Esquire | Stephen M. Lerner, Esquire |
| 4 | 475 Sansome Street, 1800 | Jamie M. Errecart, Esquire |
|   | San Francisco, CA 94111 | 555 Capitol Mall 9th Floor |
| 5 | 415-397-2800 x318 | Sacramento, CA 95814-4692 |
|   | JSell@lgglaw.com | 916-444-3900 |
| 6 | | slerner@mhalaw.com |
|   | | jerrecart@mhalaw.com |
| 7 | | |
| 8 | *Attorneys for Plaintiff, Landing Way Depot, Inc.* | *Attorneys for Defendant, De Jong and Lebet, Inc.* |

10  Bullivant Houser Bailey PC

12  */s/ Marilyn Raia/*
    Marilyn Raia, Esquire
13  601 California Street, Suite 1800
    San Francisco, CA 94108-2823
14  415-352-2700
15  Email: marilyn.raia@bullivant.com

16  *Attorneys for Plaintiff,*
    *St. Paul Fire and Marine Insurance Company*