1 | William G. Cooper, Esq.
Florida Bar No: 161233
2 | Tiffiny Douglas Safi, Esq.
Florida Bar No: 682101
3 | Cooper, Ridge and Lantinberg, P.A.
Baywater Square Building
4 | 136 East Bay Street - Suite 301
Jacksonville, Florida 32202
5 | Tel No: 904.353.6555
Fax No: 904.353.7550

**FILED**

08 APR 29 PM 2: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Attorneys for Defendant,*
*De Jong & Lebet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LANDING WAY DEPOT, INC.,  ) CASE NO.: CV 08-1537 CRB
ST. PAUL FIRE AND MARINE  )
INSURANCE COMPANY,        )
                          )
            Plaintiffs,   ) **APPLICATION FOR**
                          ) **ADMISSION OF ATTORNEY**
vs.                       ) ***PRO HAC VICE***
                          )
ON SITE MARINE LLC, and   )
DE JONG AND LEBET, INC.   )
                          )
            Defendants.   )
_____)

Pursuant to Civil L.R. 11-3, Tiffiny Douglas Safi, Esq., an active member in good standing of the bar of the United States District Court for the Middle District of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant, De Jong and Lebet, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State of the District of Columbia, as indicated above.

1

1       2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law
    STEPHEN M. LERNER (SBN 176688)
    555 Capitol Mall, 9th Floor
    Sacramento, CA 95814
    Phone: 916.444.3900
    Fax:    916.444.8334

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 28, 2008

                                                _____
                                                Tiffiny Douglas Safi, Esq.

2

1  William G. Cooper, Esq.
   Florida Bar No: 161233
2  Tiffiny Douglas Safi, Esq.
   Florida Bar No: 682101
3  Cooper, Ridge and Lantinberg, P.A.
   Baywater Square Building
4  136 East Bay Street - Suite 301
   Jacksonville, Florida 32202
5  Tel No: 904.353.6555
   Fax No: 904.353.7550
6
7  *Attorneys for Defendant,*
   *De Jong & Lebet, Inc.*

RECEIVED
08 APR 29 PM 2: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC.,<br>ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE LLC, and<br>DE JONG AND LEBET, INC.<br><br>　　　　Defendants. | CASE NO.:   CV 08-1537 CRB<br><br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Tiffiny Douglas Safi, Esq., an active member in good standing of the bar of the United States District Court for the Middle District of Florida, whose business address and telephone number is Cooper, Ridge & Lantinberg, P.A., Baywater Square Building, 136 East Bay Street, Suite 301, Jacksonville, Florida 32202, Tel. No: 904-353-6555, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, De Jong and Lebet, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

1

1 | vice. Service of papers upon and communication with co-counsel designed in the application will
2 | constitute notice to the party. All future filings in this action are subject to the requirements
3 | contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

_____
CHARLES R. BREYER
UNITED STATE DISTRICT JUDGE