| | |
|---|---|
| 1  William G. Cooper, Esq. | |
|    Florida Bar No: 161233 | **FILED** |
| 2  Tiffiny Douglas Safi, Esq. | |
|    Florida Bar No: 682101 | 08 APR 29 PM 2: 35 |
| 3  Cooper, Ridge and Lantinberg, P.A. | |
|    Baywater Square Building | RICHARD W. WIEKING |
| 4  136 East Bay Street - Suite 301 | CLERK, U.S. DISTRICT COURT |
|    Jacksonville, Florida 32202 | NORTHERN DISTRICT OF CALIFORNIA |
| 5  Tel No: 904.353.6555 | |
|    Fax No: 904.353.7550 | |

*Attorneys for Defendant,*
*De Jong & Lebet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | CASE NO.: CV 08-1537 CRB |
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| vs. | |
| ON SITE MARINE LLC, and DE JONG AND LEBET, INC. | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, William G. Cooper, Esq., an active member in good standing of the bar of the United States District Court for the Middle District of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant, De Jong and Lebet, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State of the District of Columbia, as indicated above.

1

1     2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> McDONOUGH HOLLAND & ALLEN PC
> Attorneys at Law
> STEPHEN M. LERNER (SBN 176688)
> 555 Capitol Mall, 9th Floor
> Sacramento, CA 95814
> Phone: 916.444.3900
> Fax:   916.444.8334

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 28, 2008

_____
William G. Cooper, Esq.

| | |
|---|---|
| 1 | William G. Cooper, Esq.<br>Florida Bar No: 161233 |
| 2 | Tiffiny Douglas Safi, Esq.<br>Florida Bar No: 682101 |
| 3 | Cooper, Ridge and Lantinberg, P.A.<br>Baywater Square Building |
| 4 | 136 East Bay Street - Suite 301<br>Jacksonville, Florida 32202 |
| 5 | Tel No: 904.353.6555<br>Fax No: 904.353.7550 |
| 6 | |
| 7 | *Attorneys for Defendant,*<br>*De Jong & Lebet, Inc.* |

RECEIVED
08 APR 29 PM 2: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LANDING WAY DEPOT, INC.,  )  CASE NO.:  CV 08-1537 CRB
ST. PAUL FIRE AND MARINE   )
INSURANCE COMPANY,         )
                           )
            Plaintiffs,    )  **ORDER GRANTING APPLICATION**
                           )  **FOR ADMISSION OF ATTORNEY**
vs.                        )  ***PRO HAC VICE***
                           )
ON SITE MARINE LLC, and    )
DE JONG AND LEBET, INC.    )
                           )
            Defendants.    )
_____)

William G. Cooper, Esq., an active member in good standing of the bar of the United States District Court for the Middle District of Florida, whose business address and telephone number is Cooper, Ridge & Lantinberg, P.A., Baywater Square Building, 136 East Bay Street, Suite 301, Jacksonville, Florida 32202, Tel. No: 904-353-6555, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, De Jong and Lebet, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

                                      CHARLES R. BREYER
                                      UNITED STATE DISTRICT JUDGE