United States District Court for the Northern District of California

**Landing Way Depot, Inc, et al**

        Plaintiff/Petitioner,

vs.

**CASE NO.: CV-08-1537-CRB**

**On Site Marine, LLC, et al**

        Defendant/Respondent.

_____/

**RETURN OF SERVICE**

Received this process on **04/11/2008** at **12:36 PM** to be served upon:

**Dejong and Lebet, Inc. C/O Norman N. DeJong**
I, **Maryanita Bernstein # 184**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **04/21/2008** at **12:42 PM**, I served the within **Summons and Diversity Complaint; Civil Cover Sheet; Plaintiff Landing Way Depot, Inc's Certification of Interested Entity; Certification of Interested Entity; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Info Handout/Court Info; Order Setting CMC &ADR Guidelines** on **Dejong and Lebet, Inc. C/O Norman N. DeJong** at **1734 Emerson Street, Jacksonville, Fl 32207** in the manner indicated below:

**CORPORATE SERVICE:** – F.S. 48.081 (1)(d): By delivering a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) to **Julianne DeJong, Comptroller, Auithorized to Acept**, who is authorized to accept service for the above named corporation and informing him/her of the contents.

Service was made in this fashion in the absence of president, vice president, other head of the corporation, cashier, treasurer, secretary, general manager, or director.

I certify that I am a Process Server over the age of eighteen, appointed in the County in which it was served, that I am in good standing and have no interest in the above action. Under the penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required.

X _M. Bernstein_
Maryanita Bernstein # 184
Special Services of Jacksonville
729 Parker Street
Jacksonville, FL 32202
904.358.2122
Our File# **8276**
Service Fee: $35.00
Printed By: Teresa Hendricks
Notary Not Required Pursuant To F.S. 92.525.

James E. Sell, Esq
Lynch, Gilardi &Grummer, P.A.
475 Sansome Street, Ste 1800
San Francisco, CA 94111

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Landing Way Depot, Inc., et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.    CV 08 1537 CRB |
| On Site Marine LLC, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To:   On Site Marine LLC; De Jong & Lebet, Inc.
             *(Defendant's name)*

A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James E. Sell, Esq.
Lynch, Gilardi & Grummer
475 Sansome Street, Suite 1800
San Francisco, CA 94111

Marilyn Raia, Esq.
Bullivant, Houser, Bailey, PC
601 California Street, Suite 1800
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:   APR 0 9 2008

Brenda Tolbert
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*