1  William G. Cooper, Esq.
   Florida Bar No: 161233
2  Tiffiny Douglas Safi, Esq.
   Florida Bar No: 682101
3  Cooper, Ridge and Lantinberg, P.A.
   Baywater Square Building
4  136 East Bay Street - Suite 301
   Jacksonville, Florida 32202
5  Tel No: 904.353.6555
   Fax No: 904.353.7550
6
   *Attorneys for Defendant,*
7  *De Jong & Lebet, Inc.*

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO DIVISION
11

12
   LANDING WAY DEPOT, INC.,                )   CASE NO.:  CV 08-1537 CRB
13 ST. PAUL FIRE AND MARINE                )
   INSURANCE COMPANY,                      )
14                                         )
         Plaintiffs,                       )   **ORDER GRANTING APPLICATION**
15                                         )   **FOR ADMISSION OF ATTORNEY**
   vs.                                     )   ***PRO HAC VICE***
16                                         )
   ON SITE MARINE LLC, and                 )
17 DE JONG AND LEBET, INC.                 )
                                           )
18       Defendants.                       )
                                           )
19

20      William G. Cooper, Esq., an active member in good standing of the bar of the United States

21 District Court for the Middle District of Florida, whose business address and telephone number is

22 Cooper, Ridge & Lantinberg, P.A., Baywater Square Building, 136 East Bay Street, Suite 301,

23 Jacksonville, Florida 32202, Tel. No: 904-353-6555, having applied in the above-entitled action for

24 admission to practice in the Northern District of California on a *pro hac vice* basis, representing

25 Defendant, De Jong and Lebet, Inc.;

26      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

28

1  vice.  Service of papers upon and communication with co-counsel designed in the application will
2  constitute notice to the party.  All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

DATED: May 02, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE