GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (801) 843-1266
sperlein@aol.com

RICHARD STEVENS (*pro hac vice pending*)
THE STEVENS LAW FIRM
1736 East Sunshine Street
Plaza Towers Suite 419
Springfield, MO 65804
Telephone: (417) 889-4400
Facsimile: (417) 823-4849
richard.stevens@stevenslaw.us

Attorneys for Defendant,
ON SITE MARINE, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE, LLC; DE JONG & LEBET, INC.,<br><br>Defendants. | **CASE NO.: CV-08-1537 (CRB)**<br><br>**DECLARATION OF MICHAEL DISMER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: June 20th, 2008<br>Time: 10:00 a.m.<br>Place: CtRm 8, 19th Floor |

I, Michael Dismer, declare:

1. My name is Michael Dismer. At all times referenced in the Complaint, I served as president of On Site Marine Shipyards, LLC.

2. I have reviewed the Complaint in this matter and the exhibits attached thereto. Exhibit A is a complete and true copy of the Contract for the Design and Construction of Six Barges

-1-

entered into between On Site Marine Shipyards, LLC and Corto Meno Sand & Gravel on or about April 15, 2005.

3. Corto Meno agreed that De Jong & Lebet would provide design services under the original contract.

4. Corto Meno later insisted on using their own naval architect to provide design services for the construction of the barges. Corto Meno insisted that their naval architect have design control, review and authority to modify the design.

5. Corto Meno's naval architect later exercised its control over the design of the barge and changed the size of the barge, from 200 ft. x 60 ft., as specified in the contract, to 254 ft x 55 ft.

6. Corto Meno asked On Site the difference between a "lakes, bays and sounds" hull design to a "river" hull design. On Site informed Corto Meno that the "lakes, bays and sounds" hull design would be better suited for the harbor, but because it was heavier it would be more expensive to build. Corto Meno selected the less expensive design.

7. Neither Corto Meno Sand & Gravel, Landing Way Depot, Inc., nor anyone on their behalf ever requested compensation from On Site Marine, LLC for any of the claims set forth in the Complaint.

8. Neither Corto Meno Sand & Gravel, Landing Way Depot, Inc., nor anyone on their behalf ever requested mediation with regard to any of the claims set forth in the Complaint.

9. Neither Corto Meno Sand & Gravel, Landing Way Depot, Inc., nor anyone on their behalf ever requested arbitration with regard to any of the claims set forth in the Complaint.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Date: May 5, 2008                         /s/ Michael Dismer
                                          Michael Dismer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Date: May 5, 2008                         By /s/ Gill Sperlein
                                          Gill Sperlein