GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415) 378-2625
Facsimile: (801) 843-1266
sperlein@aol.com

RICHARD STEVENS (*pro hac vice pending*)
THE STEVENS LAW FIRM
1736 East Sunshine Street
Plaza Towers Suite 419
Springfield, MO  65804
Telephone: (417) 889-4400
Facsimile: (417) 823-4849
richard.stevens@stevenslaw.us

Attorneys for Defendant,
ON SITE MARINE, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE, LLC; DE JONG & LEBET, INC.,<br><br>Defendants. | **CASE NO.: CV-08-1537 (CRB)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ON SITE MARINE'S MOTION TO DISMISS**<br><br>Date:  June 20th, 2008<br>Time: 10:00 a.m.<br>Place: CtRm 8, 19th Floor |

   This cause came to be heard on June 20, 2008 on motion of defendant On Site Marine Shipyards, LLC, for an order dismissing the Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.  The basis of these claims is that the

-1-

contract forming the basis of Plaintiffs' causes of action contains a valid arbitration clause and that the plaintiff's failed to join an indispensable party.

Having considered the papers and arguments of the parties, and finding that this Court lacks subject matter jurisdiction and that Plaintiffs have failed to state a claim upon which relief can be granted,

IT IS HEREBY ORDERED that the Complaint be dismissed with prejudice.

Dated_____                    _____
                                          Hon. Charles R. Breyer
                                          United States District Judge