| | |
|---|---|
| 1  GILL SPERLEIN (172887) | FILED |
| 2  THE LAW OFFICE OF GILL SPERLEIN | |
|    584 Castro Street, Suite 849 | 08 MAY -5 AM 9: 24 |
| 3  San Francisco, California 94114 | |
|    Telephone: (415) 378-2625 | RICHARD W. WIEKING |
| 4  Facsimile: (801) 843-1266 | CLERK, U.S. DISTRICT COURT |
| 5  sperlein@aol.com | NORTHERN DISTRICT OF CALIFORNIA |

PAID

6   RICHARD STEVENS (*pro hac vice pending*)
7   THE STEVENS LAW FIRM
    1736 East Sunshine Street
8   Plaza Towers Suite 419
    Springfield, MO 65804
9   Telephone: (417) 889-4400
    Facsimile: (417) 823-4849
10  richard.stevens@stevenslaw.us

11
    Attorneys for Defendant,
12  ON SITE MARINE, LLC

13
                UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  LANDING WAY DEPOT, INC., | ) CASE NO.: CV-08-1537 (CRB) |
|     ST. PAUL FIRE AND MARINE | ) |
| 17  INSURANCE COMPANY, | ) APPLICATION FOR ADMISSION OF |
| 18  | ) RICHARD STEVENS *PRO HAC VICE* |
| 19  Plaintiffs, | ) |
| 20  vs. | ) |
| 21  ON SITE MARINE, LLC; DE JONG & | ) |
|     LEBET, INC., | ) |
| 22  | ) |
| 23  Defendants. | ) |

24
25      Pursuant to Civil L.R. 11-3, Richard Stevens, an active member in good standing of the bar
26  of Missouri, hereby applies for admission to practice in the Northern District of California on a
27  *pro hac vice* basis representing defendant On Site Marine, LLC, in the above-entitled action. In
28  support of this application, I certify on oath that:

-1-

1. I am an active member in good standing of the United States Supreme Court, the United States District Court for the Western District of Missouri, and the Missouri State Supreme Court. My Missouri State Bar number is 26611;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> GILL SPERLEIN (172887)
> THE LAW OFFICE OF GILL SPERLEIN
> 584 Castro Street, Suite 849
> San Francisco, California 94114
> Telephone: (415) 378-2625
> Facsimile: (801) 843-1266
> sperlein@aol.com

I declare under penalty of perjury that the forgoing is true and correct.

Dated: 4/28/08    by [signature]

RICHARD STEVENS
Counsel for Defendant On Site Marine, LLC

1  GILL SPERLEIN (172887)
   THE LAW OFFICE OF GILL SPERLEIN
2  584 Castro Street, Suite 849
3  San Francisco, California 94114
   Telephone: (415) 378-2625
4  Facsimile: (801) 843-1266
5  sperlein@ao.l.com

6  RICHARD STEVENS (*pro hac vice pending*)
   THE STEVENS LAW FIRM
7  1736 East Sunshine Street
   Plaza Towers Suite 419
8  Springfield, MO 65804
9  Telephone: (417) 889-4400
   Facsimile: (417) 823-4849
10 Richard.stevens@stevenslaw.us

11 Attorneys for Defendant,
12 ON SITE MARINE, LLC

13
                    UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
15

16 | LANDING WAY DEPOT, INC.,         ) CASE NO.: CV-08-1537 (CRB)
   | ST. PAUL FIRE AND MARINE         )
17 | INSURANCE COMPANY,                ) [PROPOSED] ORDER GRANTING
                                       ) APPLICATION FOR ADMISSION OF
18 |                                   ) RICHARD STEVENS *PRO HAC VICE*
19 |         Plaintiffs,               )
                                       )
20 |         vs.                       )
                                       )
21 | ON SITE MARINE, LLC; DE JONG &    )
   | LEBET, INC.,                      )
22 |                                   )
23 |         Defendants.               )
                                       )
24

25    RICHARD STEVENS, an active member in good standing of the bar of Missouri, whose

26 business address and telephone number is The Stevens Law Firm, 1736 East Sunshine Street,

27 Plaza Towers Suite 419, Springfield, MO 65804, (417) 889-4400, having applied for admission to

28

-1-

[PROPOSED] ORDER GRANTING
RICHARD STEVENS APPLICATION FOR *PRO HAC VICE*
C-08-1537 (CRB)

1 practice in the Northern District of California on a *pro hac vice* basis, representing defendant ON
2 SITE MARINE, LLC,
3
4 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6 *vice*. Service of papers upon and communication with co-counsel designated in the application
7 shall constitute notice on the party. All future filings in this action are subject to the requirements
8 contained in General Order No. 45, *Electronic Case Filing*.

Dated_____ _____
Hon. Charles R. Breyer
United States District Judge

-2-

[PROPOSED] ORDER GRANTING
RICHARD STEVENS APPLICATION FOR *PRO HAC VICE*
C-08-1537 (CRB)