GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (801) 843-1266
sperlein@ao.l.com

RICHARD STEVENS (*pro hac vice pending*)
THE STEVENS LAW FIRM
1736 East Sunshine Street
Plaza Towers Suite 419
Springfield, MO 65804
Telephone: (417) 889-4400
Facsimile: (417) 823-4849
Richard.stevens@stevenslaw.us

Attorneys for Defendant,
ON SITE MARINE, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE, LLC; DE JONG & LEBET, INC.,<br><br>Defendants. | CASE NO.: CV-08-1537 (CRB)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF RICHARD STEVENS *PRO HAC VICE* |

RICHARD STEVENS, an active member in good standing of the bar of Missouri, whose business address and telephone number is The Stevens Law Firm, 1736 East Sunshine Street, Plaza Towers Suite 419, Springfield, MO 65804, (417) 889-4400, having applied for admission to

practice in the Northern District of California on a *pro hac vice* basis, representing defendant ON SITE MARINE, LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice on the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated  June 06, 2008



Hon. Charles R. Breyer
United

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

[PROPOSED] ORDER GRANTING
RICHARD STEVENS APPLICATION FOR *PRO HAC VICE*
C-08-1537 (CRB)