| | |
|---|---|
| 1 | COOPER, RIDGE & LANTINBERG, P.A. |
| | WILLIAM G. COOPER (FBN 161233) |
| 2 | TIFFINY DOUGLAS SAFI (SBN 682101) |
| | 136 East Bay Street, Suite 301 |
| 3 | Jacksonville, Florida 32202 |
| | Phone: 904.353.6555 |
| 4 | Fax:    904.353.7550 |
| | wcooper@attorneyjax.com |
| 5 | tsafi@attorneyjax.com |
| 6 | *Attorneys for Defendant,* |
| | *De Jong & Lebet, Inc.* |
| 7 | *Admitted Pro Hac Vice* |
| 8 | McDONOUGH HOLLAND & ALLEN PC |
| | Attorneys at Law |
| 9 | JAMIE M. ERRECART (SBN 214925) |
| | 555 Capitol Mall, 9th Floor |
| 10 | Sacramento, CA  95814 |
| | Phone: 916.444.3900 |
| 11 | Fax:    916.444.8334 |
| | jerrecart@mhalaw.com |
| 12 | |
| 13 | *Attorneys for Defendant,* |
| | *De Jong & Lebet, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | Case No. 3:08-CV-1537 CRB |
| | ) | **CORPORATE DISCLOSURE STATEMENT** |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| ON SITE MARINE, LLC, and DE JONG & LEBET, INC., | ) ) ) | |
| Defendants. | ) | |

/ / /

/ / /

/ / /

---

1

DeJong & Lebet's Corporate Disclosure Statement
[USDC, No. Dist of Calif., Case No. 3:08-CV1537 CRB]

1098081v1 99999/0001

1  Pursuant to Fed.R.Civ.Proc. 7.1, Defendant, DeJONG & LEBET, INC., states that it has no
2  parent corporation, and no publicly held corporation owns its stock.
3  DATED: May 15, 2008

Cooper, Ridge & Lantinberg, P.A.

　　　*/s/ Tiffiny Douglas Safi*
William G. Cooper, Esquire
Tiffiny Douglas Safi, Esquire

Attorneys for Defendant, DeJong and Lebet, Inc.
Admitted Pro Hac Vice