1  JAMES E. SELL, ESQ. (SBN 135935)
   LYNCH, GILARDI & GRUMMER
2  A Professional Corporation
   475 Sansome Street, Suite 1800
3  San Francisco, CA 94111
   Telephone:    (415) 397-2800
4  Facsimile:    (415) 397-0937

5  Attorneys for Plaintiff
   LANDING WAY DEPOT, INC.
6
   MARILYN RAIA (SBN 72320)
7  PETER ROLDAN (SBN 227067)
   BULLIVANT HOUSER BAILEY PC
8  601 California Street, Suite 1800
   San Francisco, CA 94108
9  Telephone:    (415) 352-2700
   Facsimile:    (415) 352-2701
10
   Attorneys for Plaintiff
11 ST. PAUL FIRE AND MARINE
   INSURANCE COMPANY
12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16
   LANDING WAY DEPOT, INC.;          Case No.: CV-08-1537CRB
17 ST. PAUL FIRE AND MARINE
   INSURANCE COMPANY,
18                                   **PLAINTIFFS' OBJECTIONS TO THE**
              Plaintiff(s),          **DECLARATION OF MICHAEL**
19                                   **DISMER**

20        vs.                        Date: June 20, 2008
                                     Time: 10:00 a.m.
21 ON SITE MARINE LLC; DE JONG &     Place: Courtroom 8, 19th Floor
   LEBET, INC.,
22
              Defendant(s).
23

24     Plaintiffs LANDING WAY DEPOT, INC., and ST. PAUL FIRE AND MARINE

25 INSURANCE COMPANY, hereby object to the Declaration of Michael Dismer in Support of

26 Defendant's Motion to Dismiss the Complaint (hereinafter the "Dismer Declaration") set for

27 hearing on June 20, 2008.

28 //

Lynch, Gilardi
& Grummer
A Professional
Corporation
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

                                    1

1

**A.     The Objectionable Declaration Statements**

2      As explained further below, the Declaration of Michael Dismer is without evidentiary

3  support for the matters asserted therein and should be stricken from the evidence presented in

4  support of ON SITE MARINE, LLC's Motion to Dismiss.

5      Plaintiffs object to the entirety of the Declaration of Michael Dismer (hereinafter "Dismer

6  Declaration"), with the exception of Paragraphs 1 and 2.  Plaintiffs treat the remaining

7  paragraphs of the declaration here as a whole because the objections to them are based upon the

8  same evidentiary grounds.

9      Paragraphs 3 through 9 of the Dismer Declaration lack foundation, lack evidence of the

10  declarant's personal knowledge of the facts averred, and lack evidentiary requirements for a

11  declaration.

12     **B.     Authority Supporting Plaintiffs' Objections to the Declaration of
         Michael Dismer**

13     The law regarding submission of declarations in support of motions is clear; the declarant

14  must demonstrate the basis for the statements asserted by them in the declaration.  Federal Rule

15  of Evidence 602 precludes a witness from testifying "unless evidence is introduced sufficient to

16  support a finding that the witness has personal knowledge of the matter."

17     In addition, the Northern District of California has specifically opined on the sufficiency

18  of evidence supporting a declaration in the Local Rules.  Civil Local Rule 7-5 states in pertinent

19  part: "Factual contentions made in support of or in opposition to any motion must be supported

20  by an affidavit or declaration and by appropriate references to the record...  An affidavit or

21  declarations may contain only facts, must conform as much as possible to the requirements of

22  FRCivP 56(e), and must avoid conclusions and argument. Any statement made upon information

23  or belief must specify the basis therefor.  An affidavit or declaration not in compliance with this

24  rule may be stricken in whole or in part."

25     Fed.R.Civ.P. 56(e) to which Civil Local Rule 7-5 refers, states in pertinent part:  "A

26  supporting or opposing affidavit must be made on personal knowledge, set out facts that would

27  be admissible in evidence, and show that the affiant is competent to testify on the matters stated."

28

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

PLAINTIFF'S OBJECTION TO THE DECLARATION OF MICHAEL DISMER

C.    **The Declaration of Michael Dismer Lacks Proper Evidentiary Support and Foundation.**

Mr. Dismer makes numerous statements in his declaration regarding the alleged actions and conduct of Corto Meno Sand & Gravel, LLC (hereinafter "Corto Meno").  However, there is no foundation for any of those statements.  Mr. Dismer does not say how the facts are known to him.  Moreover, Mr. Dismer does not explain the basis of his contentions that Corto Meno agreed to the retention of DE JONG & LEBET, INC. (Dismer Declaration at ¶3), that it took control of the design process (Dismer Declaration at ¶4), that it altered the designs created by DE JONG & LEBET, INC. (Dismer Declaration at ¶5), or that it rejected one set of plans for another (Dismer Declaration at ¶5).

The Dismer Declaration further provides no basis for the statements contained in ¶¶ 7, 8, regarding Corto Meno's actions in connection with claims against ON SITE MARINE, LLC, or requests for alternative dispute resolution.  Mr. Dismer does not explain whether these statements were made upon information and belief, whether he participated in conversations regarding these matters, whether he learned this information from a third party, or whether this information was derived from documents he reviewed.

The statements made by Mr. Dismer in his declaration do not contain evidence "sufficient to support a finding that the witness has personal knowledge of the matter." Fed.R.Ev. 602. They also do not meet the Northern District's Local Rule 7-5, requiring that "[a]ny statement made upon information or belief must specify the basis therefore."  Nor do Mr. Dismer's statements demonstrate that he is competent to testify on the matters he asserts, in disagreement with Fed.R.Civ.P. 56(e).

//

//

//

//

//

//

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

PLAINTIFF'S OBJECTION TO THE DECLARATION OF MICHAEL DISMER

1        Plaintiffs therefore request that the Court sustain this objection and strike the Declaration

2    of Michael Dismer from the evidence purportedly supporting ON SITE MARINE'S to Dismiss.

3    DATED:      May 30, 2008

4                                   LYNCH, GILARDI & GRUMMER

5                                   A Professional Corporation

6

7                                   By   _____
                                           James E. Sell, Esq.

8                                   Attorneys for Landing Way Depot, Inc.

9    DATED:      May 30, 2008

10                                  BULLIVANT HOUSER BAILEY

11

12                                  By   _____
                                           Marilyn Raia, Esq.

13                                         Peter Roldan, Esq.
                                  Attorneys for ST. PAUL FIRE AND

14                                MARINE INSURANCE COMPANY

15

16   \\SFDATA\CONVERSION\0738-0047\MTN\179196.DOC

17

18

19

20

21

22

23

24

25

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

26

27

28

PLAINTIFF'S OBJECTION TO THE DECLARATION OF MICHAEL DISMER