GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (801) 843-1266
sperlein@aol.com

RICHARD STEVENS (*pro hac vice pending*)
THE STEVENS LAW FIRM
1736 East Sunshine Street
Plaza Towers Suite 419
Springfield, MO 65804
Telephone: (417) 889-4400
Facsimile: (417) 823-4849
richard.stevens@stevenslaw.us

Attorneys for Defendant,
ON SITE MARINE, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE, LLC; DE JONG & LEBET, INC.,<br><br>Defendants. | **CASE NO.: CV-08-1537 (CRB)**<br><br>**CERTIFICATION OF INTERESTED PERSONS** |

<u>CERTIFICATION OF INTERESTED PERSONS</u>

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)

1 | have a non-financial interest in that subject matter or in a party that could be substantially affected
2 | by the outcome of this proceeding:
3 |
4 |     Michael Dismer – President/member/manager, Defendant On Site Marine, LLC
5 |
6 | Dated: *6/6/2008*                             Respectfully submitted,
7 |
8 |                                         GILL SPERLEIN
9 |                                         Attorney for Defendant On Site Marine, LLC