GIL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (801) 843-1266
sperlein@aol.com

RICHARD H. STEVENS (pro hac vice admitted)
THE STEVENS LAW FIRM
1736 East Sunshine Street
Plaza Towers Suite 419
Springfield, MO 65804
Telephone: (417) 889-4400
Facsimile: (417) 823-4849
richard.stevens@stevenslaw.us

Attorneys for Defendant,
ON SITE MARINE, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>Vs.<br><br>ON SITE MARINE, LLC; DE JONG & LEBET, INC.,<br><br>Defendants. | ) CASE NO.: CV-08-1537 (CRB)<br>)<br>)<br>)<br>) **DECLARATION OF MICHAEL**<br>) **DISMER IN SUPPORT OF**<br>) **DEFENDANT ON SITE MARINE'S**<br>) **MOTION TO DISMISS**<br>)<br>)<br>)<br>)<br>)<br>) |

I, Michael Dismer, declare after having been first placed under oath as follows:

1. My name is Michael Dismer. At all times referenced in the Complaint, I served as president and was the sole owner of On Site Marine Shipyard, LLC, one of the defendants in this cause.

2. Because of my position as president and sole owner of On Site Marine Shipyard, LLC, I have personal knowledge of all the matters that are set forth in the Declaration of Michael Dismer in Support of Defendant's Motion to Dismiss the Complaint previously filed in this cause.

3. I was contacted by an individual by the name of Jeff Neiman to discuss the building of the barges referenced in the Complaint. I was informed then that Shamrock was his employer and further informed that Shamrock was a related company of both Corto Meno Sand and Gravel and Landing Way Depot Inc, one of the plaintiffs. All pre-construction meetings took place in Shamrock's facility next to where the yard is located (where the barge was constructed) and that is where Jeff Neiman's office was located. The contract was made with Corto Meno Sand and Gravel and later assigned to Landing Way. Shamrock paid substantially all of On Site's Marine Shiyard, LLC's charges for building the barge rather than Corto Meno or Landing Way.

4. During construction of the first barge, Jeff Neiman told me he wanted Bay Ship and Yacht to review and approve DeJong & Lebet's design for the barges and Shamrock would pay the charges. I was then contacted by Jim Welter of Bay Ship and Yacht regarding the barge. Jeff Neiman told me Jim Welter would have to review and approve the design each stage of the process before On Site Marine Shipyard, LLC could progress with construction. Furthermore, Jim Welter made changes to the DeJong & Lebet's

design, including changes to the bow, changes to the depth, length, and width of the barge.

5. Rob McIntosh did not become involved with On-Site Marine Shipyards, LLC to my knowledge until the barge was well under way.

6. I am not a navel architect, but I have sufficient experience building many boats, ships and barges to know the changes in the dimensions of such vessels, whether that be length, width, or depth can ultimately affect the sea worthiness of a particular vessel.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Date: 26/06/2008

Michael Dismer