JAMES E. SELL, ESQ. (SBN 135935)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:   (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Plaintiff
LANDING WAY DEPOT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDING WAY DEPOT, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs.<br><br>ON SITE MARINE LLC; DE JONG & LEBET, INC.,<br><br>Defendant(s). | Case No.: **C 08-01537 CRB**<br><br>ADR CERTIFICATION BY LANDING WAY DEPOT, INC. |

Plaintiff LANDING WAY DEPOT, INC submits this ADR CERTIFICATION in accordance with Civil Local Rule 16-8 and ADR Local Rule 3-5.

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

(3)   Considered whether this case might benefit from any of the available dispute resolution options.

1

ADR CERTIFICATION BY PARTIES AND COUNSEL

1  DATED:      June 6, 2008          By: _____
2                                        LANDING WAY DEPOT, INC.
3

4  DATED:      June 6, 2008
5
6                                        LYNCH, GILARDI & GRUMMER
                                         A Professional Corporation
7
8                                        By _____
                                            James E. Sell, Esq.
                                         Attorneys for LANDING WAY DEPOT, INC.
9
10
11  \\SFDATA\CONVERSION\0738-0047\P\179419.DOC
12
...
26  Lynch, Gilardi
    & Grummer
    475 Sansome Street
27  Suite 1800
    San Francisco, CA
    94111
    Ph (415) 397-2800
28  Fax (415) 397-0937

2

ADR CERTIFICATION BY PARTIES AND COUNSEL