UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Landing Way Depot, Inc.; St. Paul Fire
and Marine Insurance Company
                Plaintiff(s),

v.

On Site Marine LLC; De Jong & Lebet,
Inc.
                Defendant(s).

Case No. 3:08-cv-01537-CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/13/08

[Party]
Joseph Barone
St. Paul Fire and Marine
Insurance Company

Dated: 6/17

[Counsel]
Peter Roldan
Bullivant Houser Bailey PC

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05