COOPER, RIDGE & LANTINBERG, P.A.
WILLIAM G. COOPER (FBN 161233)
TIFFINY DOUGLAS SAFI (SBN 682101)
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
Phone: 904.353.6555
Fax:   904.353.7550
wcooper@attorneyjax.com
tsafi@attorneyjax.com

*Attorneys for Defendant,*
*De Jong & Lebet, Inc.*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ON SITE MARINE LLC, and DE JONG AND LEBET, INC. <br><br> Defendants. | CASE NO.: CV 08-1537 <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

**DEFENDANT DEJONG AND LEBET, INC.'S**
**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Local Civil Rule 16-8(b) and Local ADR Rules 3-5(b), each of the undersigned certifies that he or she has:

1.  Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2.  Discussed the available dispute resolution options provided by the Court and private entities; and

3.  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 19, 2008

_____
Andy Lebet on behalf of
Defendant DeJong and Lebet, Inc.

Dated: June 19, 2008
Jacksonville, Florida

Cooper, Ridge & Lantinberg, P.A.

_____
William G. Cooper, Esquire
Tiffiny Douglas Safi, Esquire
*Admitted Pro Hac Vice*
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
904-353-6555
wcooper@attorneyjax.com
tsafi@attorneyjax.com

– and –

McDonough Holland & Allen PC

_____
Jamie M. Errecart, Esquire
555 Capitol Mall 9th Floor
Sacramento, California 95814-4692
916-444-3900
jerrecart@mhalaw.com

*Attorneys for Defendant, DeJong and Lebet, Inc.*