COOPER, RIDGE & LANTINBERG, P.A.
WILLIAM G. COOPER (FBN 161233)
TIFFINY DOUGLAS SAFI (SBN 682101)
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
Phone: 904.353.6555
Fax:    904.353.7550
wcooper@attorneyjax.com
tsafi@attorneyjax.com

*Attorneys for Defendant,*
*De Jong & Lebet, Inc.*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDING WAY DEPOT, INC.,<br>ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE LLC, and<br>DE JONG AND LEBET, INC.<br><br>    Defendants. | CASE NO.:  CV 08-1537<br><br>**MOTION TO APPEAR**<br>**TELEPHONICALLY FOR**<br>**CASE MANAGEMENT**<br>**CONFERENCE** |

**DEFENDANT DEJONG AND LEBET, INC.'S**
**MOTION TO APPEAR TELEPHONICALLY**
**FOR CASE MANAGEMENT CONFERENCE**

Defendant DeJong and Lebet, Inc., by and through its undersigned counsel, hereby respectfully requests the entry of an Order (form attached hereto) granting this Motion to Appear Telephonically for the Case Management Conference set to be heard on this matter on June 27, 2008 at 8:30 A.M. PDT.

Lead counsel for DeJong and Lebet, Inc. is in Jacksonville, Florida where the offices of said Defendant are located.  Counsel requests to appear telephonically for the Case Management

Conference in an effort to minimize the cost incurred to defend this litigation in California federal court.

WHEREFORE, Defendant DeJong and Lebet, Inc. moves this Court for an Order allowing the undersigned to appear telephonically for the Case Management Conference set for hearing on June 27, 2008.

Dated: June 20, 2008
    Jacksonville, Florida

**Cooper, Ridge & Lantinberg, P.A.**

/s/ WILLIAM G. COOPER
**William G. Cooper, Esquire**
**Tiffiny Douglas Safi, Esquire**
*Admitted Pro Hac Vice*
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
904-353-6555
wcooper@attorneyjax.com
tsafi@attorneyjax.com

- and –

**McDonough Holland & Allen PC**

**Jamie M. Errecart, Esquire**
555 Capitol Mall 9th Floor
Sacramento, California 95814-4692
916-444-3900
jerrecart@mhalaw.com

*Attorneys for Defendant, DeJong and Lebet, Inc.*

## **ORDER**

Upon request being made by Defendant DeJong and Lebet, Inc. for its counsel to appear telephonically for the Case Management Conference to be held on June 27, 2008 at 8:30 A.M. PDT and good cause appearing;

**IT IS ORDERED** that counsel for Defendant DeJong and Lebet, Inc. may appear telephonically at the scheduled Case Management Conference on this matter.

Counsel shall dial the following number to initiate the call: _____.

**OTHER ORDERS:**

_____

_____

_____

Dated: June ___, 2008                    _____
                                         Honorable Charles R. Breyer