**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 20, 2008**

**C-08-01537** CRB

**LANDING WAY DEPOT** v. **ON SITE MARINE**

| Attorneys: | James Sell | Gill Sperlein |
|---|---|---|
| | Peter Roldan | Jamie Errecart |

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Juanita Gonzalez**

**PROCEEDINGS:**                                                                 **RULING:**

1. D On Site Marine's Motion to Dismiss                                          Denied

2. ___

3. ___

**ORDERED AFTER HEARING:**

The motion to compel arbitration is granted, case stayed as to all parties, in all other respects the motion to dismiss is denied. The case management conference set for 6/27/08 is vacated.

( ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ___

( ) Referred to Magistrate Judge for: ___

( ) CASE CONTINUED TO ___   for ___

Discovery Cut-Off ___                         Expert Discovery Cut-Off ___
Plntf to Name Experts by ___                  Deft to Name Experts by ___
P/T Conference Date ___   Trial Date ___   Set for ___ days
            Type of Trial:  ( )Jury   ( )Court

Notes: ___