| | |
|---|---|
| 1 | JAMIE M. ERRECART (SBN 214925) |
| | McDONOUGH HOLLAND & ALLEN PC |
| 2 | Attorneys at Law |
| | 555 Capitol Mall, 9th Floor |
| 3 | Sacramento, CA 95814-4692 |
| | Phone: 916.444.3900 |
| 4 | Fax:   916.444.8334 |
| 5 | Attorneys for Defendant |
| | De Jong & Lebet, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LANDING WAY DEPOT, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | No. CV 08 1537 CRB |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| ON SITE MARINE, LLC, and DE JONG & LEBET, INC., | |
| Defendants. | |

De Jong & Lebet, Inc. hereby substitutes its attorney in this case JAMIE M. ERRECART of McDONOUGH HOLLAND & ALLEN, PC, in place of STEPHEN M. LERNER of McDONOUGH, HOLLAND & ALLEN PC, Attorneys at Law, 555 Capitol Mall, Suite 950, Sacramento, California 95814, telephone number (916) 444-3900, facsimile number (916) 442-2780. All notices, pleadings and orders should be directed to:

/ / /

/ / /

/ / /

Jamie M. Errecart, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814-4692
Telephone: (916) 444-3900
Facsimile: (916) 444-8334
jerrecart@mhalaw.com

DATED:  June 23, 2008

    McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law


    By:  _/s/ Jamie M. Errecart_
        JAMIE M. ERRECART

    Attorneys for Defendant, DE JONG & LEBET, INC.