```
JAMES E. SELL, ESQ. (SBN 135935)
PARTON SELL
A Professional Corporation
750 Lindaro, Suite 140
San Rafael, CA 94901
Telephone:    (415) 258-9700
Facsimile:    (415) 258-9739
```

Attorneys for Plaintiff
LANDING WAY DEPOT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDING WAY DEPOT, INC.; ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs.<br><br>ON SITE MARINE LLC; DE JONG & LEBET, INC.,<br><br>Defendant(s). | Case No.: CV-081537CRB<br><br>~~(PROPOSED)~~ ORDER RE: SUBSTITUTION OF ATTORNEY |

The parties having stipulated and consented that James E. Sell of the law firm Parton Sell, located at 750 Lindaro Street, Suite 140, San Rafael, California 94901, be substituted in place and instead of James E. Sell of the law firm Lynch, Gilardi & Grummer, located at 475 Sansome Street, Suite 1800, as attorneys for the Plaintiff LANDING WAY DEPOT, Inc. in this action and that this substitution be entered into effect without further notice,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: Feb. 5, 2009            BY: _____

Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

1

(PROPOSED) ORDER RE: SUBSTITUTION OF ATTORNEY

PARTON SELL
A Professional Corporation
750 Lindaro St. Ste 140
San Rafael, CA 94901
Ph (415) 258-9700
Fax (415) 258-9739