JAMES SELL, ESQ. (SBN 135935)
PARTON | SELL | RHOADES
A Professional Corporation
750 Lindaro, Suite 140
San Rafael, CA 94901
Telephone:   (415) 258-9700
Facsimile:   (415) 258-9739

Attorneys for Plaintiff,
LANDING WAY DEPOT, INC

MARILYN RAIA (SBN 72320)
BULLIVANT HOUSER BAILEY
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiff,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LANDING WAY DEPOT, INC.; ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE LLC; DE JONG & LEBIT, INC.,<br><br>Defendants. | Case No.: CV-081537CRB<br><br>STIPULATION AND ORDER TO DISMISS ON SITE MARINE, LLC. WITH PREJUDICE |
|---|---|

## STIPULATION TO DISMISSAL OF DEFENDANT ON SITE MARINE, LLC

Pursuant to the settlement agreement entered into between Plaintiffs Landing Way Depot, Inc. and Defendant On Site Marine, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1) et. seq., Plaintiffs Landing Way Depot, Inc and St. Paul Fire & Marine Insurance Company and

1  Defendant On Site Marine LLC, hereby stipulate to the dismissal of Defendant On Site Marine,
2  LLC from the above referenced action with prejudice.

5  DATED: December 18, 2009

   PARTON SELL RHOADES
   A Professional Corporation

   By *[signature]*
   James E. Sell, Esq.
   Attorneys for Plaintiff,
   LANDING WAY DEPOT, INC.

10 DATED:

   BULLIVANT HOUSER BAILEY

   By *[signature]*
   Marilyn Raia, Esq.
   Attorneys for Plaintiff,
   ST PAUL FIRE & MARINE INSURANCE COMPANY

15 DATED:

   Law Office of Gill Sperlein

   By *[signature]*
   D. Gill Sperlein
   Attorneys for Defendant
   ON SITE MARINE, LLC.

20 IT IS SO ORDERED: July 14, 2010
   Hon. Charles Breyer

   *[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

   s:\cases\0738-0047-landing way\p\stipulation to dismiss on site marine.docx