JAMES SELL, ESQ. (SBN 135935)
PARTON | SELL | RHOADES
A Professional Corporation
750 Lindaro, Suite 140
San Rafael, CA 94901
Telephone:   (415) 258-9700
Facsimile:   (415) 258-9739

Attorneys for Plaintiff,
LANDING WAY DEPOT, INC

MARILYN RAIA (SBN 72320)
BULLIVANT HOUSER BAILEY
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiff,
ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDING WAY DEPOT, INC.;<br>ST. PAUL FIRE & MARINE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>ON SITE MARINE LLC; DE JONG & LEBIT, INC.,<br><br>Defendants. | Case No.: CV-081537CRB<br><br>STIPULATION TO DISMISSAL OF ENTIRE ACTION |

STIPULATION TO DISMISSAL OF ENTIRE ACTION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above --captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

1  DATED: February 29, 2012          PARTON SELL RHOADES
2                                    A Professional Corporation
3                                    By _____
4                                         James E. Sell, Esq.
                                     Attorneys for Plaintiff,
5                                    LANDING WAY DEPOT, INC.

6  DATED:                            BULLIVANT HOUSER BAILEY

7
8                                    By _____
                                          Marilyn Raia, Esq.
9                                    Attorneys for Plaintiff,
                                     ST PAUL FIRE & MARINE INSURANCE
10                                   COMPANY

11 DATED:                            Cooper, Ridge & Safi, P.A.

12
13                                   By _____
                                          Tiffiny Douglas Safi
                                     Attorneys for Defendant
14                                   Dejong & Lebet, Inc.

15
16 IT IS SO ORDERED: _____
17                        Hon. Charles Breyer

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

21  s:\cases\0738-0047-landing way\p\stipulation to dismissal of entire action.docx

PARTON | SELL | RHOADES
A Professional Corporation

2

STIPULATION RE: DISMISSAL OF ENTIRE ACTION